[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10560
Non-Argument Calendar
_____

D.C. Docket No. 9:95-cr-08043-DTKH-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RALPHE POIDEVIEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 17, 2015)

Before TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Adler, appointed counsel for Ralphe Poidevien, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Poidevien has filed a motion for leave to file a response to counsel's motion to withdraw and *Anders* brief out of time. Poidevien's motion is **GRANTED**, however, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Therefore, because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Poidevien's motion to reduce sentence, filed pursuant to 18 U.S.C. § 3582(c)(2), is **AFFIRMED**. Furthermore, in light of the foregoing, Poidevien's motion to dismiss appointed counsel, grant him leave to proceed on appeal *pro se*, and to be provided with a copy of the record on appeal is **DENIED AS MOOT**.